IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

COLUMBIA GAS TRANSMISSION LLC,      *

     *Plaintiff*,*                      *

v.                                *      Civil Action No. _____

76 ACRES, MORE OR LESS, IN BALTIMORE AND  *
HARFORD COUNTIES, MARYLAND, LOCATED
ON PARCEL IDENTIFICATION               *
NUMBER 04-072901 OWNED BY LAMBERT G.
BOYCE, JR. AND LEDLEY BYRD BOYCE; ON   *
PARCEL IDENTIFICATION NUMBER 04-075420,
OWNED BY ROBERT E. BOYER, JR.; ON      *
PROPERTY DESCRIBED AS FOXWOOD LANE AS
SHOWN ON PLAT ENTITLED "FOXWOOD,"    *
RECORDED IN PLAT BOOK 30, FOLIO 10,
OWNED BY CHARLES AND BETTY JANE CAYCE;  *
ON PARCEL IDENTIFICATION NUMBER 04-080181,
OWNED BY WILLIAM R. COLE;           *
ON PARCEL IDENTIFICATION NUMBER 04-075412,
OWNED BY ROBERT K. DE GRAW AND DEBORAH  *
DE GRAW; ON PARCEL IDENTIFICATION
NUMBER 22-00-006131, OWNED BY EDUARDO AND *
LILIANA GONZALEZ; ON PARCEL IDENTIFICATION
NUMBER 22-00006122, OWNED BY CHRISTOPHER  *
AND LINDA A. GUCKERT; ON PARCEL
IDENTIFICATION NUMBER 04-026683, OWNED BY *
JOHN HERBERT HAGAN, IV, AND ROBERT ALLEN
HAGAN, AS TENANTS IN THE COMMON; ON    *
PARCEL IDENTIFICATION NUMBERS 04-037502
AND 04-037499, OWNED BY MARGARET H.    *
KENNEY; ON PARCEL IDENTIFICATION NUMBER
04-080246, OWNED BY JAMES A. AND SUSAN W.  *
QUICK; ON PARCEL IDENTIFICATION NUMBER
04-070534, OWNED BY JOHN THOMAS AND     *
KATHERINE GAYLE REED; ON PARCEL
IDENTIFICATION NUMBER 04-056949, OWNED BY *
DONALD J. ROCKER; ON PARCEL IDENTIFICATION
10-07-058496, OWNED BY JAMES A. STAUTBERG  *
AND MARITAL TRUST UNDER WILL OF GERALD J.
STAUTBERG C/O LARRY SILVERSTEIN AND    *
JAMES A. STAUTBERG; ON PARCEL

IDENTIFICATION NUMBER 04-080173,                    *
OWNED BY FRANK A. AND SUSAN M. TEDESCHI;
ON PARCEL IDENTIFICATION NUMBERS                    *
04-069641 AND 04-069668, OWNED BY WILFRED L.
TURK, JR. AND NANCY E. TURK; ON PARCEL              *
IDENTIFICATION NUMBER 04-080254, OWNED BY
MARCO A. ZAMORA AND MARIA GUADALUPE                 *
ZIZELMAN F/K/A MARIA G. ZAMORA; AND ON
PARCEL IDENTIFICATION NUMBER 04-087976,             *
OWNED BY JOSEPH VINCENT AND KLARA W.
ZITO                                                *

                                                    *

LAMBERT G. BOYCE, JR.
2500 Hess Road                                      *
Fallston, Maryland 21047
                                                    *
        and
                                                    *
LEDLEY BYRD BOYCE
2500 Hess Road                                      *
Fallston, Maryland 21047
                                                    *
        and
                                                    *
ROBERT E. BOYER, JR.
3623 Rockberry Road                                 *
Baltimore, Maryland 21234
                                                    *
        and
                                                    *
CHARLES DAVID CAYCE IV
2987 Shangri-La Road                                *
Stewartstown, Pennsylvania 17363
                                                    *
        and
                                                    *
BETTY JANE CAYCE
2987 Shangri-La Road                                *
Stewartstown, Pennsylvania 17363
                                                    *
        and
                                                    *
WILLIAM R. COLE
2306 Kings Arms Drive                               *
Fallston, Maryland 21047-1247

2

and                                                        *

                                                           *

ROBERT K. DE GRAW
2520 Hess Road                                             *
Fallston, Maryland 21047-1125
                                                           *

and
                                                           *

DEBORAH DE GRAW
2520 Hess Road                                             *
Fallston, Maryland 21047-1125
                                                           *

and
                                                           *

EDUARDO GONZALEZ
3910 Stansbury Mill Road                                   *
Monkton, Maryland 21111-2516
                                                           *

and
                                                           *

LILIANA GONZALEZ
3910 Stansbury Mill Road                                   *
Monkton, Maryland 21111-2516
                                                           *

and
                                                           *

CHRISTOPHER GUCKERT
7 Turnberry Court                                          *
Monkton, Maryland 21111
                                                           *

and
                                                           *

LINDA A. GUCKERT
7 Turnberry Court                                          *
Monkton, Maryland 21111
                                                           *

and
                                                           *

JOHN HERBERT HAGAN, IV
2420 Hess Road                                             *
Fallston, Maryland 21047
                                                           *

and
                                                           *

ROBERT ALLEN HAGAN

2420 Hess Road                                          *
Fallston, Maryland 21047
                                                        *

     and                       *

MARGARET H. KENNEY                                      *
3305 Foxwood Lane
Fallston, Maryland 21047-1130
                                                        *

     and                       *

JAMES A. QUICK                                          *
2301 Kings Arms Drive
Fallston, Maryland 21047-1248
                                                        *

     and                       *

SUSAN W. QUICK                                          *
2301 Kings Arms Drive
Fallston, Maryland 21047-1248
                                                        *

     and                       *

JOHN THOMAS REED                                        *
2430 Hess Road
Fallston, Maryland 21047-1128
                                                        *

     and                       *

KATHERINE GAYLE REED                                    *
2430 Hess Road
Fallston, Maryland 21047-1128
                                                        *

     and                       *

DONALD J. ROCKER                                        *
2440 Hess Road
Fallston, Maryland 21047
                                                        *

     and                       *

MARITAL TRUST UNDER WILL OF GERALD J.
STAUTBERG C/O LARRY SILVERSTEIN and                     *
JAMES A. STAUTBERG                                      *
3037 Jarrettsville Pike
Monkton, Maryland 21111-2310

**Serve: James A. Stautberg**               *

    and                               *

FRANK A. TEDESCHI                           *
2308 Kings Arms Drive
Fallston, Maryland 21047-1247               *

    and                               *

SUSAN M. TEDESCHI                           *
2308 Kings Arms Drive
Fallston, Maryland 21047-1247               *

    and                               *

WILFRED L. TURK                             *
2510 Hess Road
Fallston, Maryland 21047                    *

    and                               *

NANCY E. TURK                               *
2510 Hess Road
Fallston, Maryland 21047                    *

    and                               *

MARCO A. ZAMORA                             *
2303 Kings Arms Drive
Fallston, Maryland 21047-1247               *

    and                               *

MARIA GUADALUPE ZIZELMAN f/k/a MARIA G.     *
ZAMORA
2303 Kings Arms Drive                       *
Fallston, Maryland 21047-1247
                                            *
    and                               *

JOSEPH VINCENT ZITO
3304 Pritchett Lane                         *
Fallston, Maryland 21047
                                            *
    and

KLARA W. ZITO                                                  *
3304 Pritchett Lane                                           *
Fallston, Maryland 21047
                                                              *

     and                             *

CONSERVATION EASEMENT HOLDER:                                 *
THE MANOR CONSERVANCY, INC.
     Resident Agent: James W. Constable   *
     2300 Sheppard Road                   *
     Monkton, Maryland 21111
                                                              *

     *Defendants.*                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT IN CONDEMNATION

### NATURE OF THE CASE

     1.    Plaintiff Columbia Gas Transmission LLC ("Columbia"), pursuant to its power of eminent domain as authorized by Section 7h of the Natural Gas Act, 15 U.S.C. § 717f (h) and Federal Rule of Civil Procedure 71.1 (2013), files this action for: (i) the taking of certain interests in real property; (ii) immediate entry and possession of the real property; and (iii) the ascertainment and award of just compensation and damages to the following real property owners: Lambert G. Boyce, Jr. and Ledley Byrd Boyce (the "Boyces"), Robert E. Boyer, Jr. ("Mr. Boyer"); Charles David Cayce IV and Betty Jane Cayce (the "Cayces"); William R. Cole ("Mr. Cole"); Robert K. and Deborah De Graw (the "De Graws"); Eduardo and Liliana Gonzalez (the "Gonzalezes"); Christopher and Linda A. Guckert (the "Guckerts"); John Herbert Hagan, IV, and Robert Allen Hagan (the "Hagans"); Margaret H. Kenney ("Ms. Kenney"); James A. and Susan W. Quick (the "Quicks"); John Thomas and Katherine Gayle Reed (the "Reeds"); Donald J. Rocker ("Mr. Rocker"); Marital Trust Under Will of Gerald J. Stautberg c/o Larry Silverstein

and James A. Stautberg ("Stautberg Trust and Mr. Stautberg"); Frank A. and Susan M. Tedeschi

(the "Tedeschis"); Wilfred L. and Nancy E. Turk (the "Turks"); Marco A. Zamora and Maria

Guadalupe Zizelman f/k/a Maria G. Zamora ("Mr. Zamora and Ms. Zizelman"); Joseph Vincent

and Klara W. Zito (the "Zitos"); and any other interested parties (collectively the

"Landowners").

JURISDICTION AND VENUE

2.      This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1331

and Section 7h of the Natural Gas Act, 15 U.S.C. § 717f (h) because:  (a) Columbia is the holder

of a Certificate of Public Convenience and Necessity for, among other things, to construct and

operate the proposed natural gas pipeline facilities within the State of Maryland; (b) Columbia,

despite negotiating in good faith, has been unable to reach an agreement with the Landowners as

to compensation for the easement and other interests necessary for the expansion of the pipeline;

(c) the interests in the real property that Columbia seeks to take by eminent domain are located

within the District of Maryland; and (d) the value of the property interests to be taken exceeds

$3,000.00, or the Landowners claim that the value of such easements exceeds $3,000.00.

3.      Venue is proper pursuant to 28 U.S.C. § 1391 (b) (2013).

PARTIES

4.      Columbia is a Delaware limited liability company with an office located at 1700

MacCorkle Avenue SE, Charleston, West Virginia 25314.  Columbia's sole member is Columbia

Energy Group, a Delaware corporation, with its principal place of business at 200 Civic Center

Drive, Columbus, Ohio 43215.  Columbia is an interstate natural gas company as defined by

Section 717a(6) of the Natural Gas Act, 15 U.S.C. § 717 et. seq., and as such, is qualified to

construct, own, operate, and maintain pipelines for the transmission of natural gas and

7

constituents thereof. Columbia's authorization to transport natural gas in interstate commerce is granted by and subject to the jurisdiction of the Federal Energy Regulatory Commission ("FERC").

5.      The Boyces are residents of Harford County, Maryland and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-072901, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 1850, Folio 131 and comprising ten (10) acres, more or less (the "Boyce Property"). The Boyce Property is depicted on the plat(s) attached hereto as Exhibit 1.

6.      Mr. Boyer is a resident of Baltimore County, Maryland and record owner of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-075420, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 1304, Folio 677 and Liber 1202, Folio 510, and comprising eight (8) acres, more or less (the "Boyer Property"). The Boyer Property is depicted on the plat(s) attached hereto as Exhibit 2.

7.      The Cayces are residents of York County, Pennsylvania, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 2689, Folio 433 and comprising one (1) acre, more or less (the "Cayce Property"). The Cayce Property is depicted on the plat(s) attached hereto as Exhibit 3.

8.      Mr. Cole is a resident of Harford County, Maryland, and record owner of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-080181, as is more particularly described in a deed recorded in

the land records of Harford County, Maryland, in Liber 8316, Folio 350 and comprising two (2) acres, more or less (the "Cole Property"). The Cole Property is depicted on the plat(s) attached hereto as Exhibit 4.

9.      The De Graws are residents of Harford County, Maryland, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-075412, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 2729, Folio 319 and comprising nine (9) acres, more or less (the "De Graw Property"). The De Graw Property is depicted on the plat(s) attached hereto as Exhibit 5.

10.      The Gonzalezes are residents of Baltimore County, Maryland, and record owners of a certain parcel of real property in the Tenth Election District, Baltimore County, Maryland, described as Parcel Identification Number 22-00-006131, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 11017, Folio 637 and comprising two (2) acres, more or less (the "Gonzalez Property"). The Gonzalez Property is depicted on the plat(s) attached hereto as Exhibit 6.

11.      The Guckerts are residents of Baltimore County, Maryland and record owners of a certain parcel of real property in the Tenth Election District, Baltimore County, Maryland, described as Parcel Identification Number 22-00006122, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 9005, Folio 850, and comprising 2.2857 acres, more or less (the "Guckert Property"). The Guckert Property is depicted on the plat(s) attached hereto as Exhibit 7.

12.      Mr. John Herbert Hagan, IV, and Mr. Robert Allen Hagan are residents of Harford County, Maryland, and record owner of a certain parcel of real property in the Fourth

Election District, Harford County, Maryland, described as Parcel Identification Number 04-026683, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 1139, Folio 199 and comprising five (5) acres, more or less (the "Hagan Property"). The Hagan Property is depicted on the plat(s) attached hereto as Exhibit 8.

13.     Ms. Kenney is a resident of Harford County, Maryland, and record owner of certain parcels of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-037499, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 1697, Folio 46, and 04-037502, as is more particularly described in deeds recorded in the land records of Harford County, Maryland, in Liber 952, Folio 353 and Liber 3107, Folio 480 and collectively comprising six (6) acres, more or less (the "Kenney Property").   The Kenney Property is depicted on the plat(s) attached hereto as Exhibit 9.

14.     The Quicks are residents of Harford County, Maryland, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-080246, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 6432, Folio 664 and comprising two (2) acres, more or less (the "Quick Property"). The Quick Property is depicted on the plat(s) attached hereto as Exhibit 10.

15.     The Reeds are residents of Harford County, Maryland, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-070534, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 3322, Folio 708 and

comprising five (5) acres, more or less (the "Reed Property"). The Reed Property is depicted on the plat(s) attached hereto as Exhibit 11.

16.     Mr. Rocker is a resident of Harford County, Maryland, and record owner of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-056949, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 1065, Folio 888 and comprising five (5) acres, more or less (the "Rocker Property"). The Rocker Property is depicted on the plat(s) attached hereto as Exhibit 12.

17.     The Stautberg Trust is, upon information and belief, a resident of Baltimore County, Maryland, and is record owner of a certain parcel of real property in the Tenth Election District, Baltimore County, Maryland, described as Parcel Identification Number 10-07-058496, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 32485, Folio 184 and comprising thirty (30) acres, more or less (the "Stautberg Trust Property"). The Stautberg Trust Property is depicted on the plat(s) attached hereto as Exhibit 13.

18.     The Tedeschis are residents of Harford County, Maryland, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-080173, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 2383, Folio 98 and comprising two (2) acres, more or less (the "Tedeschi Property"). The Tedeschi Property is depicted on the plat(s) attached hereto as Exhibit 14.

19.     The Turks are residents of Harford County, Maryland, and record owners of certain parcels of real property in the Fourth Election District, Harford County, Maryland,

11

described as Parcel Identification Numbers 04-069641 and 04-069668, as is more particularly described in deeds recorded in the land records of Harford County, Maryland, in Liber 958, Folio 739 and Liber 917, Folio 354, respectively, and comprising sixteen (16) acres, more or less (the "Turk Property"). The Turk Property is depicted on the plat(s) attached hereto as Exhibit 15.

20.     Mr. Zamora and Ms. Zizelman are residents of Harford County, Maryland, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-080254, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 2041, Folio 594 and comprising two (2) acres, more or less (the "Zamora Property"). The Zamora Property is depicted on the plat(s) attached hereto as Exhibit 16.

21.     The Zitos are residents of Harford County, Maryland, and record owners of a certain parcel of real property in the Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-087976, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 2724, Folio 368 and comprising two (2) acres, more or less (the "Zito Property"). The Zito Property is depicted on the plat(s) attached hereto as Exhibit 17.

22.     Collectively, the Boyce Property, the Boyer Property, the Cayce Property, the Cole Property, the De Graw Property, the Gonzalez Property, the Guckert Property, the Hagan Property, the Kenney Property, the Quick Property, the Reed Property, the Rocker Property, the Stautberg Trust Property, the Tedeschi Property, the Turk Property, the Zamora Property, and the Zito Property are referred to as the "Properties."

23.     There may be other persons who may claim an interest in the property to be condemned whose names are unknown to Columbia because they could not be ascertained by

diligent inquiry.   These persons have been made parties to this action as permitted by Rule 71.1(c)(3) of the Federal Rules of Civil Procedure.

24.   The Manor Conservancy Inc. ("Manor Conservancy") is a not-for-profit corporation that has an interest in a conservation easement in real property in Maryland. Columbia does not seek to condemn any property in which Manor Conservancy has an interest at this time and Manor Conservancy is included in this complaint as a defendant for informational purposes only.

**FACTS**

25.   10.   Columbia is in the business of transporting natural gas in interstate commerce pursuant to authorization granted by FERC.  As such, Columbia is subject to the jurisdiction of FERC.

26.   Since the 1950s, Columbia has operated a 26-inch natural gas pipeline ("Line MB") in and around Baltimore and Harford Counties, Maryland.

27.   On or about November 21, 2013, FERC issued to Columbia a Certificate of Public Convenience and Necessity ("FERC Certificate") authorizing Columbia "to construct and operate the proposed facilities" in Baltimore and Harford Counties, Maryland.  A copy of the FERC Certificate is attached as Exhibit 18.

28.   Columbia seeks to construct approximately 21.5 miles of Line MB on the Properties.

29.   Columbia is scheduled to begin construction work in connection with the replacement of Line MB on or about April 1, 2014.

30.   Columbia cannot replace Line MB until it acquires certain permanent temporary licenses and easements over the Properties.  These easements are necessary for the construction

work in connection with the replacement of Line MB. Columbia has reached agreements with all landowners in Baltimore and Harford Counties, Maryland, to be impacted by the replacement of Line MB except for the Boyces, Mr. Boyer, the Cayces, Mr. Cole, the De Graws, the Gonzalezes, the Guckerts, the Hagans, Ms. Kenney, the Quicks, the Reeds, Mr. Rocker; the Stautberg Trust and Mr. Stautberg, the Tedeschis, the Turks, Mr. Zamora and Ms. Zizelman, and the Zitos.

31.     The temporary construction easements, as fully described below, are twenty-five (25) to fifty (50) feet on either side of and adjoining the permanent easements and serve the purpose of enabling Columbia to construct Line MB or to later relocate the pipeline or lay additional pipelines and to conduct all activities incident thereto, including restoration or clean-up activities.

32.     The permanent easements to be taken on the Properties include a permanent and exclusive easement and right-of-way to construct, operate, maintain, replace, repair, remove or abandon Line MB, for a total of fifty feet (50') in width, measured twenty five feet (25') to the center of Line MB on each side thereof, unless and to the extent that (a) Line MB is installed nearer than twenty-five (25) feet to a boundary of the premises, in which case the right-of-way area shall extend from the boundary on the near side to twenty-five (25) feet on the other side of the pipeline, or (b) Line MB is installed on an adjoining tract of land, in which case the right-of-way area shall extend from the boundary into landowner's lands to a point that is twenty-five (25) feet from the pipeline, as described more fully on the maps attached hereto, as well the right to change the location of the installed Line MB as may be necessary or advisable as the result of any conditions or events beyond Columbia's control, such as highway construction or relocation, coal mining activities, ground slips or floods, or the like.

33.     Specifically, Columbia seeks to acquire the following rights, more or less, from the Landowners for the purpose of replacing Line MB on or near the Properties:

*Boyce Property*

| | | |
|---|---|---|
| a) | Permanent Easement | 0.68 acres |
| b) | Temporary Easement | 0.33 acres |
| c) | Additional Temporary Easement | 0.32 acres |

*Boyer Property*

| | | |
|---|---|---|
| a) | Permanent Easement | 0.67 acres |
| (b) | Access Road Use | 0.09 acres |
| (c) | Temporary Easement | 0.29 acres |
| (d) | Additional Temporary Easement | 0.12 acres |

*Cayce Property*

| | | |
|---|---|---|
| (a) | Permanent Easement | 0.0024 acres |
| (b) | Access Road Use | 0.1804 acres |
| (c) | Additional Temporary Easement | 0.1843 acres |

*Cole Property*

| | | |
|---|---|---|
| (a) | Permanent Easement | 0.08 acres |

*De Graw Property*

| | | |
|---|---|---|
| (a) | Permanent Easement | 0.11 acres |
| (b) | Temporary Easement | 0.10 acres |
| (c) | Additional Temporary Easement | 0.09 acres |

*Gonzalez Property*

| | | |
|---|---|---|
| (a) | Permanent Easement | 0.02 acres |

|     | (b)  | Temporary Construction Easement  | 0.01 acres    |
|-----|------|----------------------------------|---------------|

*Guckert Property*

|     | (a)  | Permanent Easement               | 0.1331 acres  |
|-----|------|----------------------------------|---------------|
|     | (b)  | Temporary Easement               | 0.1316 acres  |
|     | (c)  | Access Road                      | 0.0046 acres  |

*Hagan Property*

|     | (a)  | Permanent Easement               | 0.43 acres    |
|-----|------|----------------------------------|---------------|
|     | (b)  | Temporary Easement               | 0.21 acres    |
|     | (c)  | Additional Temporary Easement    | 0.08 acres    |

*Kenney Property*

|     | (a)  | Permanent Easement               | 1.00 acre     |
|-----|------|----------------------------------|---------------|
|     | (b)  | Temporary Easement               | 0.5 acres     |
|     | (c)  | Additional Temporary Easement    | 0.01 acres    |
|     | (d)  | Access Road                      | 0.01 acres    |

*Quick Property*

|     | (a)  | Permanent Easement               | 0.49 acres    |
|-----|------|----------------------------------|---------------|
|     | (b)  | Temporary Easement               | 0.14 acres    |
|     | (c)  | Additional Temporary Easement    | 0.0037 acres  |

*Reed Property*

|     | (a)  | Permanent Easement               | 0.42 acres    |
|-----|------|----------------------------------|---------------|
|     | (b)  | Temporary Easement               | 0.21 acres    |

*Rocker Property*

|     | (a)  | Permanent Easement               | 0.46 acres    |
|-----|------|----------------------------------|---------------|

16

|       |                               |             |
|-------|-------------------------------|-------------|
| (b)   | Temporary Easement            | 0.23 acres  |

*Stautberg Trust Property*

|       |                               |             |
|-------|-------------------------------|-------------|
| (a)   | Permanent Easement            | 0.65 acres  |
| (b)   | Temporary Easement            | 0.32 acres  |
| (c)   | Additional Temporary Easement | 0.16 acres  |

*Tedeschi Property*

|       |                               |             |
|-------|-------------------------------|-------------|
| (a)   | Permanent Easement            | 0.50 acres  |
| (b)   | Temporary Easement            | 0.30 acres  |
| (c)   | Additional Temporary Easement | 0.06 acres  |

*Turk Property*

|       |                               |             |
|-------|-------------------------------|-------------|
| (a)   | Permanent Easement            | 0.55 acres  |
| (b)   | Access Road                   | 0.2 acres   |
| (c)   | Temporary Easement            | 0.29 acres  |
| (d)   | Additional Temporary Easement | 0.29 acres  |

*Zamora Property*

|       |                               |             |
|-------|-------------------------------|-------------|
| (a)   | Permanent Easement            | 0.04 acres  |
| (b)   | Temporary Easement            | 0.09 acres  |
| (c)   | Additional Temporary Easement | 0.05 acres  |

*Zito Property*

|       |                               |             |
|-------|-------------------------------|-------------|
| (a)   | Permanent Easement            | 0.22 acres  |
| (b)   | Temporary Easement            | 0.13 acres  |

33.     The permanent and temporary easement agreements and plats depicting the permanent and temporary easements that Columbia seeks to acquire across the Properties are attached as Exhibits 19 through 35.[1]

34.     The Landowners shall retain the right to use the Properties subject to the easements in any manner that will not interfere with the use and enjoyment of the rights of Columbia.  The Landowners will have the right to use the Properties if used consistently with Columbia's Minimum Guidelines, a copy of which is attached hereto as Exhibit 36.

35.     Columbia requests the right for immediate possession of the easements for purposes of replacing the portion of Line MB as described above.

36.     Columbia has negotiated with the Landowners in good faith and made bona fide efforts to acquire the necessary easements by agreement but has been unable to obtain any such rights by contract, or to agree with the Landowners upon the compensation to be paid.

37.     Pursuant to the authority granted to it by section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h), Columbia now seeks to take by eminent domain the easements depicted in the plats set forth in the attached Exhibit 37 and described herein.[2]

38.     Columbia requests a trial for the purpose of determining just compensation pursuant to Rule 71.1(h).

WHEREFORE, Columbia respectfully requests that this Court:

1.     Enter an Order of Judgment of Taking by Eminent Domain as to the easements, as described herein;

---

[1]     The plat describing the proposed easements for the Quick Property in Exhibits 28 and 37 describes the proposed easements, rounded to the nearest 0.01 of an acre.  Because Columbia requests an Additional Temporary Easement of 0.0037 acres, the value is depicted as 0.00 in the plat.

[2]     The proposed easements as set forth in Exhibit 37 for the Cayce and Guckert properties control over the descriptions in Exhibits 21 and 35.

2.     Allow Columbia immediate entry upon the Properties described above  prior to the determination of compensation and damages upon deposit with the Court of a sum of money representing the value of such easements as determined by Columbia's land rights valuation analyses for that area;

3.     Grant Columbia's request for a trial for the purpose of determining just compensation pursuant to Rule 71.1(h).

4.     Ascertain and award just compensation and damages to the Landowners for the taking of the permanent easements;

5.     Ascertain and award just compensation and damages to the Landowners for the taking of the temporary rights; and

6.     Grant such other relief as may be just and proper.

Dated:  January 14, 2014

Respectfully submitted,

**COLUMBIA GAS TRANSMISSION LLC**
By Counsel

John D. Wilburn (Federal Bar No. 16902)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA  22102
Telephone:  (703) 712-5000
Facsimile:  (703) 712-5281
jwilburn@mcguirewoods.com

Jessica D. Fegan (Federal Bar No. 28660)
**MCGUIREWOODS LLP**
2001 K Street, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1728
Facsimile: (202) 828-3328
jfegan@mcguirewoods.com
*Counsel for Columbia Gas Transmission LLC*