IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | * | |
| | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. 1:14-cv-00110-ELH |
| 76 ACRES MORE OR LESS, IN BALTIMORE AND HARFORD COUNTIES, MARYLAND *et al*., | * | |
| | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS FRANK A. AND SUSAN M. TEDESCHI

Plaintiff Columbia Gas Transmission LLC ("Columbia"), by counsel and pursuant Federal Rule of Civil Procedure 41(a)(1)(A), hereby files this Notice of Voluntary Dismissal of Defendants Frank A. and Susan M. Tedeschi (the "Tedeschis"). Columbia will not proceed to condemn the proposed easements on the Tedeschi Property at this time. Therefore, this dismissal is <u>without prejudice</u> and Columbia specifically reserves the right to condemn the proposed easements on the Tedeschi Property at a later point in time. Columbia provides notice that the Tedeschis may be dismissed from this matter without prejudice and without the need to respond to the Complaint in Condemnation.

Dated: February 18, 2014            Respectfully submitted,

**COLUMBIA GAS TRANSMISSION LLC**
By Counsel

        /s/ *Jessica D. Fegan*
John D. Wilburn (Federal Bar No. 16902)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA  22102
Telephone:   (703) 712-5000
Facsimile:  (703) 712-5281
jwilburn@mcguirewoods.com

Jessica D. Fegan (Federal Bar No. 28660)
**MCGUIREWOODS LLP**
2001 K Street, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1728
Facsimile: (202) 828-3328
jfegan@mcguirewoods.com
*Counsel for Columbia Gas Transmission LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 18th day of February, 2014, I caused the foregoing to be filed via CM/ECF, which will send notice to the following:

| | |
|---|---|
| Michael Richard Severino<br>KOLLMAN & SAUCIER, P.A.<br>The Business Law Building<br>1823 York Road<br>Timonium, MD 21093<br>*Counsel for Defendant William Cole* | Bradley R. Stover<br>Eric E. McLauchlin<br>SHAFFER, MCLAUCHLIN, AND STOVER LLC<br>836 S. Main Street, Suite 102<br>Bel Air, MD 21014<br>*Counsel for Defendants James and Susan Quick* |
| Keith R Truffer<br>ROYSTON, MUELLER, MCLEAN, AND REID LLP<br>102 W. Pennsylvania Ave, Suite 600<br>Towson, MD 21204<br>*Counsel for Nancy and Wilfred Turk* | |

I HEREBY FURTHER CERTIFY that on this 18th day of February, 2014, I caused the foregoing to be sent via first class mail to the following:

| | |
|---|---|
| LAMBERT G. BOYCE, JR.<br>2500 Hess Road<br>Fallston, Maryland 21047 | LEDLEY BYRD BOYCE<br>2500 Hess Road<br>Fallston, Maryland 21047 |
| ROBERT E. BOYER, JR.<br>3623 Rockberry Road<br>Baltimore, Maryland 21234 | ROBERT K. DE GRAW<br>2520 Hess Road<br>Fallston, Maryland 21047-1125 |
| DEBORAH DE GRAW<br>2520 Hess Road<br>Fallston, Maryland 21047-1125 | LINDA A. GUCKERT<br>7 Turnberry Court<br>Monkton, Maryland 21111 |
| CHRISTOPHER GUCKERT<br>7 Turnberry Court<br>Monkton, Maryland 21111 | ROBERT ALLEN HAGAN<br>2420 Hess Road<br>Fallston, Maryland 21047 |
| JOHN HERBERT HAGAN, IV<br>2420 Hess Road<br>Fallston, Maryland 21047 | MARGARET H. KENNEY<br>3305 Foxwood Lane<br>Fallston, Maryland 21047-1130 |
| KATHERINE GAYLE REED<br>2430 Hess Road | JOHN THOMAS REED<br>2430 Hess Road |

<div style="columns:2">

Fallston, Maryland 21047-1128

DONALD J. ROCKER
2440 Hess Road
Fallston, Maryland 21047

SUSAN M. TEDESCHI
2308 Kings Arms Drive
Fallston, Maryland 21047-1247

MARCO A. ZAMORA
2303 Kings Arms Drive
Fallston, Maryland 21047-1247

JAMES W. CONSTABLE
2300 Sheppard Road
Monkton, Maryland 21111
*Resident Agent of The Manor Conservancy, Inc.*

Fallston, Maryland 21047-1128

MARITAL TRUST UNDER WILL OF GERALD J. STAUTBERG C/O LARRY SILVERSTEIN
and
JAMES A. STAUTBERG
3037 Jarrettsville Pike
Monkton, Maryland 21111-2310

FRANK A. TEDESCHI
2308 Kings Arms Drive
Fallston, Maryland 21047-1247

MARIA GUADALUPE ZIZELMAN f/k/a MARIA G. ZAMORA
2303 Kings Arms Drive
Fallston, Maryland 21047-1247

</div>

       /s/ Jessica D. Fegan_____
Jessica D. Fegan (Federal Bar No. 28660)
**MCGUIREWOODS LLP**
2001 K Street, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1728
Facsimile: (202) 828-3328
jfegan@mcguirewoods.com
*Counsel for Columbia Gas Transmission LLC*