**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| **COLUMBIA GAS TRANSMISSION, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.: 1-14-cv-00110-ELH |
| ) | |
| **76 ACRES, MORE OR LESS, etc.** ) | |
| ) | |
| *Defendants* ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Matthew G. Hjortsberg as lead counsel on behalf of

Defendant Margaret H. Kenney.

Respectfully submitted,


Dated:  February 20, 2014                      /s/

Matthew G. Hjortsberg (Bar No. 024949)
hjortsberg@bowie-jensen.com
BOWIE & JENSEN, LLC
29 W. Susquehanna Ave., 6th Floor
Towson, Maryland 21204
Telephone: 410.583.2400
Facsimile: 410.583.2437
*Attorney for Defendant Margaret H. Kenney*

## Certificate of Service

I hereby certify that on this ___20th___ day of February, 2014 a copy of the foregoing Entry of Appearance was sent via first class mail, postage prepaid to the following:

ROBERT K. DE GRAW
2520 Hess Road
Fallston, Maryland 21047

DEBORAH DE GRAW
2520 Hess Road
Fallston, Maryland 21047

CHRISTOPHER GUCKERT
7 Turnberry Court
Monkton, Maryland 21111

LINDA A. GUCKERT
7 Turnberry Court
Monkton, Maryland 21111

JOHN HERBERT HAGAN, IV
2420 Hess Road
Fallston, Maryland 21047

ROBERT ALLEN HAGAN
2420 Hess Road
Fallston, Maryland 21047

JOHN THOMAS REED
2430 Hess Road
Fallston, Maryland 21047-1128

KATHERINE GAYLE REED
2430 Hess Road
Fallston, Maryland 21047-1128

DONALD J. ROCKER
2440 Hess Road
Fallston, Maryland 21047

MARITAL TRUST UNDER WILL OF GERALD J. STAUTBERG
C/O LARRY SILVERSTEIN and JAMES A. STAUTBERG
3037 Jarrettsville Pike
Monkton, Maryland 21111-2310

FRANK A. TEDESCHI
2308 Kings Arms Drive
Fallston, Maryland 21047-1247

SUSAN M. TEDESCHI
2308 Kings Arms Drive
Fallston, Maryland 21047-1247

MARCO A. ZAMORA
2303 Kings Arms Drive
Fallston, Maryland 21047-1247

MARIA GUADALUPE ZIZELMAN
f/k/a MARIA G. ZAMORA
2303 Kings Arms Drive
Fallston, Maryland 21047-1247

CONSERVATION EASEMENT HOLDER:
THE MANOR CONSERVANCY, INC.
c/o James W. Constable, Resident Agent
2300 Sheppard Road
Monkton, Maryland 21111

_____/s/_____
Matthew G. Hjortsberg (Bar No. 024949)
hjortsberg@bowie-jensen.com
BOWIE & JENSEN, LLC
29 W. Susquehanna Ave., 6th Floor
Towson, Maryland 21204
Telephone: 410.583.2400
Facsimile: 410.583.2437
*Attorney for Defendant Margaret H. Kenney*
